# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-10300-MDC

JOSEPH KIDD

31 Saddleview Drive

Royersford, PA 19468

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  JOSEPH KIDD

  31 Saddleview Drive

  Royersford, PA 19468

Counsel for debtor(s), by electronic notice only.

  BRADLY E ALLEN ESQ
  7711 CASTOR AVE

  PHILA, PA 19152-

Date: 3/30/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee