# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **JOSEPH KIDD**                       Case No.  **17-10300/mdc**
                      Debtor(s)          Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 11, 2017**, a copy of a **Notice of Rescheduled Meeting of Creditors Hearing to 5/8/17 at 11:00 a.m.** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ASC/Wells Fargo Bank**
P. O. Box 10328
Des Moines, IA 50306-0328

**Bayview Loan Servicing, LLC**
**Bankruptcy Department**
P. O. Box 840
Buffalo, NY 14240-0840

**Citizens Bank**
**1 Citizens Drive Mailstop ROP15B**
**Riverside, RI 02915**

**Citizens Bank**
**PO Box 42014**
**Providence, RI 02940**

**City of Phila. - Law Dept. Tax Unit**
**Bankruptcy Group MSB**
**1401 JFK Boulevard, 5th Floor**
**Philadelphia, PA 19102**

**City Of Philadelphia**
**C/O GRB Law**
**1425 Spruce St., Suite 100**
**Philadelphia, PA 19102**

**City Of Philadelphia - Law Dept.**
**1515 Arch Street**
**Philadelphia, PA 19102**

**City Of Philadelphia**
**PO Box 966**
**Philadelphia, PA 19105-0966**

**City of Philadelphia**
**Department of Revenue**
**P.O. Box 1409**
**Philadelphia, PA 19105**

**City Of Philadelphia**
**C/O Bureau Of Administrative Adjudication**
**913 Filbert Street**
**Philadelphia, PA 19107**

**City of Philadelphia**
**Department of Revenue**
**PO Box 1630**
**Philadelphia, PA 19105**

**City of Philadelphia**
**c/o Pioneer**
**PO Box 308**
**Perry, NY 14530**

**City of Philadelphia - Law Dept.**
**1401 JKF. Blvd., 5th Floor**
**Philadelphia, PA 19102**

**City of Philadelphia**
**c/o Linebarger, Goggan, Blair & Sampson**
**1699 JKF Boulevard, Ste. 910**
**Philadelphia, PA 19103**

**City Of Philadelphia**
**c/o Department of Revenue**
**PO Box 1409**
**Philadelphia, PA 19105**

**City of Philadelphia**
**c/o Linebarger**
**4 Penn Center**
**1600 JFK Blvd., Suite 910**
**Philadelphia, PA 19103**

**City of Philadelphia/Water Rev. Bureau**
**1401 JFK Blvd.**
**Philadelphia, PA 19102**

**Doretha Kidd**
**31 Saddleview Drive**
**Royersford, PA 19468**

**HSBC Bank Usa, National Assoc., as et al**
**Wells Fargo Bank, N.A.**
**Default Document Processing**
**Mac #N9286-01Y**
**1000 Blue Gentian Road**
**Eagan, MN 55121-7700**

**IRS**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

**M & T Bank**
**P.O. Box 1288**
**Buffalo, NY 14240-1288**

**One West Bank**
**6900 Beatrice Dr.**
**Kalamazoo, MI 49009**

**One West Bank c/o**
**Udren Law Offices P.C.**
**111 Woodcrest Rs., Suite 1200**
**Cherry Hill, NJ 08003**

**PA Department of Revenue**
**Bankruptcy Division**
**P. O. Box 280946**
**Harrisburg, PA 17128**

**PECO Energy**
**Attn: Merrick Friel**
**2301 Market Street, S23-1**
**Philadelphia, PA 19103**

**Philadelphia Gas Works**
**Bankruptcy Division**
**800 W. Montgomery Ave.**
**Philadelphia, PA 19122**

**Philadelphia Gas Works**
**c/o Penn Credit Corporation**
**P. O. Box 1259, Dept. 91047**
**Oaks, PA 19456**

**Philadelphia Parking Authority**
**701 Market Street, Ste. 5400**
**Philadelphia, PA 19106**

**Wells Fargo**
**PO Box 10335**
**Des Moines, IA 50306**

**Joseph Kidd**
**31 Saddleview Drive**
**Royersford, PA 19468**

**William C. Miller,**
**Chapter 13 Trustee**

**U.S. Trustee's Office**

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**