## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

RE:

**JOSEPH KIDD**

:  CHAPTER 13

:  NO. 17-10300/mdc

## CERTIFICATION OF SERVICE

I, BRADLY E. ALLEN, attorney for Debtor, Joseph Kidd do hereby verify that on November 27, 2017 I electronically served to the following a copy of Debtor's Response to Motion for Relief of HSBC Bank:

Thomas Young.Hae Song
on behalf of HSBC Bank, USA

William C. Miller, Chapter 13 Trustee

U.S. Trustee's Office

The following party was notified by regular first class mail:

Joseph Kidd
31 Saddleview Dr.
Royersford, PA  19468

/s/BRADLY E. ALLEN, ESQUIRE