IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH KIDD
DORETHA KIDD (NON-FILING CO-MORTGAGOR)

: CHAPTER 13
:
: BK. No. 17-10300 MDC

Debtors

## ORDER

AND NOW, this 12th day of January, 2018 it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN,
Bankruptcy Judge

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

BRADLY E ALLEN, ESQUIRE
7711 CASTOR AVE
PHILADELPHIA, PA 19152

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

DORETHA KIDD
5624 NORTH 11TH STREET
PHILADELPHIA, PA 19141-3608

JOSEPH KIDD
5624 NORTH 11TH STREET
PHILADELPHIA, PA 19141-3608