# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **JOSEPH KIDD**  
Debtor(s)

Case No.  **17-10300/mdc**  
Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2018, a copy of Amended Schedules I and J was served electronically or by regular United States mail to the parties listed below.

**Joseph Kidd**  
**31 Saddleview Drive**  
**Royersford, PA 19468**

**William C. Miller,**  
**Chapter 13 Trustee**

**U.S. Trustee's Office**

**/s/ Bradly E. Allen, Esquire**  
**Bradly E. Allen, Esquire**  
**Bradly E. Allen**  
**7711 Castor Avenue**  
**Philadelphia, PA 19152**  
**215-725-4242Fax:215-725-8288**  
**bealaw@verizon.net**