IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re:                                           :
                                                 :    In Chapter 13
      Joseph Kidd                                :
                                                 :    Bankruptcy No. 17-10300(MDC)
                           Debtor.               :
-------------------------------------------------x
```

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of the Plan (Docket #42) filed by the City of Philadelphia on September 13, 2017.

        Respectfully submitted,

        THE CITY OF PHILADELPHIA

Dated: March 27, 2018    By:    /s/ Pamela Elchert Thurmond
    PAMELA ELCHERT THURMOND
    Deputy City Solicitor
    PA Attorney I.D. 202054
    City of Philadelphia Law Department
    1401 JFK Blvd., 5th Floor
    Philadelphia, PA  19102-1595
    215-686-0508 (phone)
    215-686-0588 (facsimile)
    Email: Pamela.Thurmond@phila.gov