# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **JOSEPH KIDD**                                                                                     Case No.   **17-10300/mdc**

Debtor(s)                                         Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, a copy of a Second Amended Chapter 13 Plan was served electronically or by regular United States mail to all creditors listed below.

**PA Dept of Revenue**
**Bankruptcy Division**
**PO Box 280946**
**Harrisburg, PA 17128**

**Wells Fargo Bank**
**Default Document Processing**
**Mac#N9286-01Y**
**1000 Blue Gentian Rd.**
**Eagan, MN  55121-7700**

**Philadelphia Parking Authority**
**701 Market St.**
**Philadelphia, PA 19106**

**IRS**
**PO Box 7346**
**Philadelphia, PA 19101**

**Bayview Loan Servicing, LLC/M & T Bank**
**Bankruptcy Department**
**P. O. Box 840**
**Buffalo, NY 14240-0840**

**Citizens Bank**
**1 Citizens Drive Mailstop ROP15B**
**Riverside, RI 02915**

**City of Philadelphia**
**Law Dept. Tax Unit**
**Bankruptcy Group**
**1401 JFK Blvd. 5th Fl.**
**Philadelphia, PA 19102**

**Verizon/American Infosource**
**4515 N. Santa Fe Ave.**
**Oklahoma City, OK 73118**

**PECO Energy**
**Attn:  Merrick Friel**
**2301 Market Street, S23-1**
**Philadelphia, PA 19103**

**Citizens Bank**
**Charles M. Koutsogiane, AVP**
**One Citizen Dr., Managed Assets, ROP30B**
**Riverside, RI  02915**

**Joseph Kidd**
**31 Saddleview Drive**
**Royersford, PA 19468**

**Jerome Blank, on behalf of**
**HSBCBank/Wells Fargo**

**Thomas Young Hae Song, on behalf of**
**HSBC Bank/Wells Fargo**

**Pamela Elchert Thurmond on behalf of**
**City of Philadelphia**

**Matteo Samuel Weiner on behalf of**
**Bayview Loan Servicing**

**Robert Patrick Wendt on behalf of**
**HSBC Bank**

**William C. Miller,**
**Chapter 13 Trustee**

**U.S. Trustee's Office**

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**