United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10300-mdc
Joseph Kidd                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Nov 08, 2018
                              Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db             +Joseph Kidd,    31 Saddleview Drive,    Royersford, PA 19468-3227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Joseph  Kidd bealaw@verizon.net
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al.
               paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al.
               paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              ROBERT PATRICK WENDT    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et
               al. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et
               al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joseph Kidd
      Debtor(s)

Chapter: 13
Bankruptcy No: 17−10300−mdc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 8, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Judge ,
    United States Bankruptcy Court

83
Form 155