United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10300-mdc
Joseph Kidd                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Dec 17, 2018
                       Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
13879140        Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
      BRADLY E ALLEN    on behalf of Debtor Joseph  Kidd bealaw@verizon.net
      JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al.
       paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
      MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al.
       paeb@fedphe.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
       karena.blaylock@phila.gov
      REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      ROBERT PATRICK WENDT    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et
       al. paeb@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et
       al. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                            TOTAL: 13

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-10300-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph Kidd
31 Saddleview Drive
Royersford PA 19468

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/14/2018.

Name and Address of Alleged Transferor(s):

Claim No. 5: Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840

Name and Address of Transferee:

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd.
5th Floor
Coral Gables, FL 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/19/18

Tim McGrath
**CLERK OF THE COURT**