**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :         CHAPTER 13
    Joseph Kidd

                                                             :         NO. 17-10300/mdc

**PRAECIPE TO WITHDRAW**
**DEBTOR'S RESPONSE TO MOTION OF**
**BAYVIEW LOAN SERVICING, LLC**
**FOR RELIEF FROM AUTOMATIC STAY**

TO THE CLERK:

    Kindly withdraw Debtor's Response to Motion for Relief of Bayview Loan Servicing, LLC.

                                               /s/BRADLY E. ALLEN
                                               BRADLY E. ALLEN,
                                               Attorney for Debtor