**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Joseph Kidd                               :        CHAPTER 13

                                           :

                                           :        NO. 17-10300/mdc

**CERTIFICATION OF SERVICE**

I, Bradly E. Allen, Esquire certify that on March 21, 2019 the following parties were served electronically the Praecipe to withdraw Debtor's Response to Motion for Relief of Bayview Loan Servicing:

Rsolarz@kmllawgroup.com
on behalf of Bayview Loan Servicing, LLC

William C. Miller, Chapter 7 Trustee

U.S. Trustee's Office

The following party was notified by first class mail:

Joseph Kidd
31 Saddleview Dr.
Royersford, PA 19468

                                                 s/*Bradly E. Allen*
                                               **BRADLY E. ALLEN,**
                                               **Attorney for Debtor**