United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10300-mdc
Joseph Kidd                                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1              Date Rcvd: Mar 27, 2019
                             Form ID: pdf900           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db              +Joseph Kidd,    31 Saddleview Drive,    Royersford, PA 19468-3227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:01      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 02:47:36
                 Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2019 02:47:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:00      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:30      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                         TOTAL: 5

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
          BRADLY E ALLEN    on behalf of Debtor Joseph  Kidd bealaw@verizon.net
          JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al.
           paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al.
           paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
          ROBERT PATRICK WENDT    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et
           al. paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et
           al. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 14

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Kidd | CHAPTER 13 |
| Debtor(s) | |
| | |
| BAYVIEW LOAN SERVICING, LLC | |
| Movant | |
| vs. | NO. 17-10300 MDC |
| | |
| Joseph Kidd | |
| Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| | |
| Doretha Kidd | |
| Co-Debtor | |
| | |
| William C. Miller Esq. | |
| Trustee | |

## ORDER

AND NOW, this *27th* day of *March* , 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 31 Saddleview Drive, Royersford, PA 19468 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Magdeline D. Co*
BJ.