## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                          **Chapter 13**
JOSEPH KIDD



                    **Debtor**              **Bankruptcy No.** 17-10300-MDC

# <u>O R D E R</u>

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.




March 5, 2020

_____
                    Magdeline D. Coleman
                    Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-


Debtor:
JOSEPH KIDD

31 SADDLEVIEW DRIVE

ROYERSFORD, PA 19468