United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Kidd  
    Debtor

Case No. 17-10300-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore            Page 1 of 2          Date Rcvd: Mar 05, 2020
                              Form ID: pdf900            Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.

```
db           +Joseph Kidd,    31 Saddleview Drive,    Royersford, PA 19468-3227
13851206      ASC/Wells Fargo Bank,    P. O. Box 10328,    Des Moines, IA 50306-0328
13879140      Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
14227376     +Bayview Loan Servicing, LLC,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
13949284     +Citizen Bank,    Charles M. Koutsogiane, AVP Citizens Ban,
               One Citizen Dr, Managed Assets, ROP30B,    Riverside, RI 02915-3026
13851207     +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13851208     +Citizens Bank,    PO Box 42014,    Providence, RI 02940-2014
13880086     +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
13851214     +City Of Philadelphia,    C/O Bureau Of Administrative Adjudicatio,    913 Filbert Street,
               Philadelphia, PA 19107-3117
13851210     +City Of Philadelphia,    C/O Linebarger, Goggan, Blair & Sampson,    1600 JFK Boulevard, Ste. 910,
               Philadelphia, PA 19103-2818
13851209     +City Of Philadelphia,    C/O GRB Law,    1425 Spruce St., Suite 100,
               Philadelphia, PA 19102-4578
13851218     +City Of Philadelphia    C/O,    Department of Revenue,    PO Box 1409,
               Philadelphia, PA 19105-1409
13851213     +City of Philadelphia,    Department of Revenue,    P.O. Box 1409,    Philadelphia, PA 19105-1409
13851217      City of Philadelphia,    Law Dept.,    1401 JKF. Blvd., 5th Floor,    Philadelphia, PA 19102
13851215     +City of Philadelphia,    c/o Pioneer,    PO Box 308,    Perry, NY 14530-0308
13851219     +City of Philadelphia c/o,    Linebarger,    4 Penn Center,    1600 JFK Blvd., Suite 910,
               Philadelphia, PA 19103-2818
13851221      Doretha Kidd,    21 Saddleview Dr.,    Royersford, PA 19468
13862122      HSBC Bank Usa, National Association As et al.,    Wells Fargo Bank, N.A.,
               Default Document Processing,    Mac# N9286-01Y,    1000 Blue Gentian Road,
               Eagan, MN 55121-7700
13851225     +One West Bank  c/o,    Udren Law Offices P.C.,    111 Woodcrest Rs., Suite 1200,
               Cherry Hill, NJ 08003-3620
13865009     +Philadelphia Gas Works,    Bankruptcy Division,    800 W. Montgomery Avenue,
               Philadelphia, PA 19122-2806
13865010     +Philadelphia Gas Works,    c/o Penn Credit Corporation,    P. O. Box 1259, Dept. 91047,
               Oaks, PA 19456-1259
13851228     +Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
14056056      Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:04     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 06 2020 03:20:56     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:04     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr           +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 03:17:27     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14245967     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 06 2020 03:20:57
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,    5th Floor,
               Coral Gables, FL 33146-1873
13851211      E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:04     City Of Philadelphia,    Law Dept.,
               1515 Arch Street,    Philadelphia, PA 19102
13851212      E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:04     City Of Philadelphia,    PO Box 966,
               Philadelphia, PA 19105-0966
13851216      E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:04     City of Philadelphia,
               Department of Revenue,    PO Box 1630,    Philadelphia, PA 19105
13948303     +E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:03
               CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
               1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13851220     +E-mail/Text: megan.harper@phila.gov Mar 06 2020 03:21:04
               City Of Philadelphia/Water Rev. Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1617
13851222      E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 06 2020 03:20:35     IRS,    P. O. Box 7346,
               Philadelphia, PA 19101-7346
13851223      E-mail/Text: camanagement@mtb.com Mar 06 2020 03:20:36     M & T Bank,    P.O. Box 1288,
               Buffalo, NY 14240-1288
13851224     +E-mail/Text: EBN_Notifications@OWB.com Mar 06 2020 03:20:38     One West Bank,
               6900 Beatrice Dr.,    Kalamazoo, MI 49009-9559
13851226     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2020 03:20:46     PA Department of Revenue,
               Harrisburg, PA 17128-0001
13851227     +E-mail/Text: bankruptcygroup@peco-energy.com Mar 06 2020 03:20:36     PECO Energy,
               Bankruptcy Unit,    2301 Market Street,    Philadelphia, PA 19103-1338
13879242     +E-mail/Text: bankruptcygroup@peco-energy.com Mar 06 2020 03:20:36     PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
```

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                  Date Rcvd: Mar 05, 2020
                               Form ID: pdf900              Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13869908       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 03:17:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13859447       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2020 03:20:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13871357       +E-mail/Text: bankruptcy@philapark.org Mar 06 2020 03:21:11      Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13930761       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2020 03:17:29       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:
```
              BRADLY E ALLEN    on behalf of Debtor Joseph  Kidd bealaw@verizon.net
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al.
               paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et al.
               paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              ROBERT PATRICK WENDT    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et
               al. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et
               al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 14
```

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOSEPH KIDD | Chapter 13 |
| Debtor | Bankruptcy No. 17-10300-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 5, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

Debtor:
JOSEPH KIDD

31 SADDLEVIEW DRIVE

ROYERSFORD, PA 19468